IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUINCY RICHARDSON** : | |
| *Plaintiff(s)* : | |
| : | |
| **v.** : | **CIVIL NO. 22-4912** |
| : | |
| **TRANS UNION, LLC et al.** : | |
| *Defendant(s)* : | |

### NOTICE OF DISMISSAL OF DEFENDANT

**AND NOW**, this 14th day of JUNE 2023 having been reported that the issues between Plaintiff and **GRAIN TECHNOLOGY, INC.** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is **DISMISSED** with prejudice, as to **DEFENDANT** only, with each party to bear its own costs and attorneys' fees.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge